IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:21-CV-40-FL

| | |
|---|---|
| LARRY D. HILL, JR., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | ORDER |
| TIME CAP LAB and IRENE L. ) | |
| MCGREGOR, ) | |
| ) | |
| Defendants. ) | |

This matter is before the court for review of plaintiff's pro se complaint pursuant to 28 U.S.C. § 1915(e). United States Magistrate Judge Robert B. Jones, Jr., entered memorandum and recommendation ("M&R") pursuant to 28 U.S.C. § 636(b)(1) and Federal Rule of Civil Procedure 72(b), wherein it is recommended that plaintiff's complaint be dismissed. Plaintiff did not file objections to the M&R.

Upon review of the M&R, the court may "accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge." 28 U.S.C. § 636(b)(1). Because no objections have been filed, the court reviews the magistrate judge's findings and conclusions only for clear error, and need not give any explanation for adopting the M&R. Diamond v. Colonial Life & Acc. Ins. Co., 416 F.3d 310, 315 (4th Cir. 2005); Camby v. Davis, 718 F.2d 198, 200 (4th Cir. 1983).

Here, the magistrate judge recommends dismissal of plaintiff's complaint for failure to state a claim. Upon careful review of the M&R and of the record generally, having found no clear

1

error, the court hereby ADOPTS the recommendation of the magistrate judge as its own. This matter is DISMISSED WITHOUT PREJUDICE for failure to state a claim. The clerk is DIRECTED to close the case.

SO ORDERED, this the 23rd day of March, 2021.

_____
LOUISE W. FLANAGAN
United States District Judge