UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| LARRY D. HILL, JR. ) | |
|        Plaintiff, ) | |
| ) | |
| v. ) | **JUDGMENT** |
| ) | 5:21-CV-40-FL |
| TIME CAP LAB and IRENE L. ) | |
| McGREGOR, ) | |
|        Defendants. ) | |

**Decision by Court.**

This action came before the Honorable Louise W. Flanagan, United States District Judge, for consideration of the Memorandum and Recommendations of the United States Magistrate Judge, to which no objections were filed.

**IT IS ORDERED, ADJUDGED AND DECREED** in accordance with the court's order entered March 23, 2021, and for the reasons set forth more specifically therein, that this action is DISMISSED WITHOUT PREJUDICE.

**This Judgment Filed and Entered on March 23, 2021, and Copies To:**
Larry D. Hill, Jr. (via U.S. Mail) 2600 South Church St, Rocky Mount, NC 27803


March 23, 2021               PETER A. MOORE, JR., CLERK

                                       /s/ Sandra K. Collins
                                       (By) Sandra K. Collins, Deputy Clerk